UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TEARRE WILLISMS,<br><br>       Plaintiff,<br><br>  -against-<br><br>DEPARTMENT OF CORRECTIONS (D.O.C.C.S.),<br><br>       Defendant. | 25 CIVIL 4881 (LTS)<br><br>CIVIL JUDGMENT |

  For the reasons stated in the June 18, 2025, order, this action is dismissed.

  The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated: June 20, 2025
     New York, New York

                 /s/ Laura Taylor Swain
                 LAURA TAYLOR SWAIN
               Chief United States District Judge